In the Matter of the Petition of Loda Realty Corporation, Respondent, to Register Title to Certain Lands in Suffolk County.   Marion De Vries, Appellant.— Motion for extension of time to perfect appeal granted pursuant to stipulation filed.   Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

In the Matter of the Application of Alfred H. Newburger and Others, Copartners, etc., for the Examination of Ephriam L. Ackerman, to Be Used in an Action About to be Brought by the Said Copartners against Ephriam L. Ackerman and Others, in the Supreme Court in and for Westchester County.— Motion for stay of examination pending appeal denied, with ten dollars costs.   Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

In the Matter of the Application of Resource Holding Corporation for Payment of the Award Made for Lot No. 40 in Block 3796, etc., in the Proceedings to Acquire Title to Certain Lots and Premises Located on Powell Street, between Dumont and Livonia Avenues, etc., in the Borough of Brooklyn, etc.— Motion to resettle order granted.   Order signed.   Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

In the Matter of the Application of Sikora Realty Corporation, Respondent, for a Mandamus Order against Charles W. Bales, Superintendent of Buildings, Borough of Queens, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.   Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of Margaret N. Taylor and Others, as Executors of William J. Taylor, Deceased.   Margaret N. Taylor, Individually, Appellant; Thomas B. Taylor and Others, as Executors, and Theron H. Sammis, Special Guardian, Respondents.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

In the Matter of the Application of Roxy Corlies Trainer, Respondent, for the Payment of a Legacy by the Estate of Millicent D. Scott, Deceased. Thomas B. Scott, Individually and as Executor, etc., of Millicent D. Scott, Deceased, Appellant.— Motion for leave to appeal to the Court of Appeals granted.   Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

Mabel F. Isquith, Respondent, v. John H. Isquith, Appellant.— Motion for stay pending appeal granted, without costs.   Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

Jacob Jacobs, Appellant, v. Henry E. Jacobs, Respondent.   Max Blatt, Appellant, and Lillie Silverman, Defendant.— Motion to dismiss appeal granted, without costs.   Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.